UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS.: 16-20575-CR-SCOLA and
18-20680-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EIDER BONILLA-MORAN,

    Defendant.
_____/

## DEFENDANT'S OBJECTIONS TO
## THE PRESENTENCE INVESTIGATION REPORT

The Defendant, **EIDER BONILLA MORAN,** (hereinafter referred to as "Mr. Bonilla-Moran"), by and through his undersigned counsel, and pursuant to U.S.S.G. § 6A1.2-3, p.s., Fed.R.Crim. P. 32(d), 32(e)(2), 32(f) and the Fifth Amendment to the United States Constitution, respectfully submits his Objections to the Presentence Investigation Report, and as grounds therefore, states as follows:

### DEFENDANT'S ACKNOWLEDGMENT OF PSI DISCLOSURE

On or about November 15, 2018, undersigned counsel received a copy of the Presentence Investigation Report (hereinafter referred to as the "PSI") from the United States Probation Office (hereafter "USPO"). In accordance with Fed.R.Crim.P.32, undersigned counsel promptly reviewed the PSI with Mr. Bonilla-Moran, and his objections follow pursuant to the applicable local rules and practices regarding sentencing.

Mr. Bonilla-Moran and his undersigned counsel certify that they have had an adequate opportunity for a meaningful review of the PSI prior to the imposition of sentence in accordance with Fed.R.Crim.P. 32.

**OBJECTIONS**

Mr. Bonilla Moran objects to ¶47 on page 14; ¶62 on page 17; ¶64 on page 17; and ¶93 on page 20 of the PSI wherein he a three-level aggravating role adjustment, pursuant to U.S.S.G. § 3B1.1(b), is recommended for Mr. Bonilla Moran for being a leader of individuals within the drug trafficking organization. The parties agreed in both cases to recommend a two-level aggravating role adjustment, pursuant to § 3B1.1(c). The defendant acknowledges that it is a close call; however, after considering Mr. Bonilla Moran's relative culpability, it was agreed by AUSA Robert Emery, that a two-level aggravating role adjustment would be recommended because it is more appropriate.

Mr. Bonilla Moran objects to ¶56 on page 16 of the PSI wherein it states that Mr. Bonilla Moran "has not been fully debriefed by the government and agents following his arrest. In addition, the defendant received a three-level aggravating role adjustment, pursuant to § 3B1.1(b)". In fact, Mr. Bonilla Moran has been debriefed twice by the government. Additionally, Mr. Bonilla Moran objects to the three-level aggravating role adjustment, pursuant to § 3B1.1(b). It is Mr. Bonilla Moran's position that the Court should accept the recommendation of the parties and only impose a two-level aggravating adjustment for his role in the criminal activity.

Mr. Bonilla Moran submits that there are several reasons why the Court should grant him the benefit of his bargain. First, AUSA Robert Emery is the person most familiar with the facts of the case. As such, he is in the best position to determine Mr. Bonilla Moran's relative culpability and his assessment of his role should receive great weight in determining whether to

accept the recommendation of the parties.  Second, at a time when most criminal cases are resolved by way of plea agreements, it is important that the enforcement of the terms of plea agreements be predictable. Finally, the Sentencing Guidelines are discretionary, and the Courts should exercise that discretion in favor of the parties' recommendations unless accepting the recommendations would result in an injustice.  For these reasons, Mr. Bonilla Moran requests the PSI be amended accordingly to reflect the two-level aggravating role enhancement pursuant to § 3B1.1(c) rather than a three-level enhancement pursuant to § 3B1.1(b).

If the Court grants the Mr. Bonilla-Moran's objections, the following changes need to be made to the Offense Level Computation:

¶ 62 Adjustment for Role in the Offense: ............................................................2
¶ 64 Adjusted Offense Level (Subtotal): ............................................................40
¶ 68 Total Offense Level: ...................................................................................37
¶ 92 **Guideline Provisions:** Based upon a total offense level of 37 and a criminal history category of I, the guideline imprisonment range is 210 to 262 months.

**WHEREFORE**, the Defendant, **EIDER BONILLA-MORAN**, respectfully prays that this Honorable Court sustain the within objections to the Presentence Investigation Report, enforce the agreement of the parties' and direct the United States Probation Office to amend the Presentence Investigation Report as requested and as set forth above.

            Respectfully submitted,

            Law Offices of Oscar Arroyave, P.A.
            Attorney for Eider Bonilla Moran
            2937 SW 27th Avenue, Suite 206
            Coconut Grove, Florida 33133
            Phone: (305)444-0022

          BY: *Oscar Arroyave*
            OSCAR ARROYAVE, ESQ.
            Florida Bar No.: 0298859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 21st of November 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Oscar Arroyave
OSCAR ARROYAVE

## SERVICE LIST

**United States of America v. Eider Bonilla Moran**
**Case Nos.: 16-20575-CR-SCOLA**
**18-20680-CR-SCOLA**

OSCAR ARROYAVE, ESQ.
Attorney for Eider Bonilla Moran
2937 SW 27th Avenue, Suite 206
Miami, FL 33133
Telephone: (305)444-0022
Arroyavelaw@gmail.com

ROBERT EMERY
Assistant United States Attorney
U.S. Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel: (305)961-9000
Robert.Emery2@usdoj.gov

BRAN ALVARADO
U.S. Probation Officer
400 N. Miami Avenue, 9th Floor South
Miami, FL 33128
Tel: (305)523-5348
bran_alvarado@flsp.uscourts.gov